# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MOHAMED ALI HAMMAD, V.M.D.,

                Petitioner

       v.

BUREAU OF PROFESSIONAL AND
OCCUPATIONAL AFFAIRS, STATE
BOARD OF VETERINARY MEDICINE,

               Respondent

: No. 608 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.